UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) Case No. 10-14149
)
JAMES JOSEPH DENISON, ) Chapter 7
)
      Debtor. ) Judge Pat E. Morgenstern-Clarren
)
) **ORDER ON JAMES DENISON**
) **AND LAURIE CRILLY TO APPEAR**
) **AND SHOW CAUSE**

This chapter 7 case was filed on May 3, 2010 by the debtor *pro se*. Bankruptcy petition preparer Laurie Crilly helped prepare the bankruptcy petition and schedules and was paid $149.00 for these services. (Docket 6). This amount exceeds the presumptive maximum fee chargeable by a petition preparer in this district of $125.00. *See* General Order No. 05-3.

IT IS, THEREFORE, ORDERED that debtor James Denison and Laurie Crilly are to appear in Courtroom #2A, Howard Metzenbaum Courthouse, 201 Superior Avenue, Cleveland, OH 44114 on **July 1, 2010** at 8:30 a.m. to address this issue. Ms. Crilly should be prepared to explain why any or all of the fee she charged should not be disallowed. *See* 11 U.S.C. § 110(h).

                                          /s/ Pat E. Morgenstern-Clarren
                                          Pat E. Morgenstern-Clarren
                                          United States Bankruptcy Judge

To be served by the clerk's office by regular U.S. mail on:
      Ms. Laurie Crilly, P.O. Box 1401, American Fork, Utah 84003