UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Official Time Stamp
U.S. Bankruptcy Court
Northern District of Ohio

In re:                                          )    Case No. 10-14149
                                                )
JAMES JOSEPH DENISON,                           )    Chapter 7
                                                )
                              Debtor.            )    Judge Pat E. Morgenstern-Clarren
                                                )
                                                )    **ORDER ON JAMES DENISON**
                                                )    **AND LAURIE CRILLY TO APPEAR**
                                                )    **AND SHOW CAUSE**

     This chapter 7 case was filed on May 3, 2010 by the debtor *pro se*. Bankruptcy petition preparer Laurie Crilly helped prepare the bankruptcy petition and schedules and was paid $149.00 for these services. (Docket 6). This amount exceeds the presumptive maximum fee chargeable by a petition preparer in this district of $125.00. *See* General Order No. 05-3.

     IT IS, THEREFORE, ORDERED that debtor James Denison and Laurie Crilly are to appear in Courtroom #2A, Howard Metzenbaum Courthouse, 201 Superior Avenue, Cleveland, OH 44114 on **July 1, 2010** at 8:30 a.m. to address this issue. Ms. Crilly should be prepared to explain why any or all of the fee she charged should not be disallowed. *See* 11 U.S.C. § 110(h).

                                                   *Pat E. Morgenstern-Clarren*
                                         Pat E. Morgenstern-Clarren
                                         United States Bankruptcy Judge

To be served by the clerk's office by regular U.S. mail on:
     Ms. Laurie Crilly, P.O. Box 1401, American Fork, Utah  84003

# CERTIFICATE OF NOTICE

```
The following entities were noticed by first class mail on May 27, 2010.
db          +James Joseph Denison,  7434 Primrose Drive,  Mentor, OH 44060-3120
petitpre    +Laurie Crilly,  PO Box 1401,  American Fork, UT 84003-6401
            +Ms. Laurie Crilly,   P.O. Box 1401,  American Fork, UT 84003-6401

The following entities were noticed by electronic transmission.                    TOTAL: 0
NONE.

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2010**            **Signature:**            *Joseph Speetjens*