UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                              )   Case No. 10-14149
                                    )
JAMES JOSEPH DENISON,               )   Chapter 7
                                    )
          Debtor.                   )   Judge Pat E. Morgenstern-Clarren
                                    )
                                    )   **<u>ORDER ON LAURIE CRILLY TO</u>**
                                    )   **<u>APPEAR AND SHOW CAUSE</u>**

The court issues this order *sua sponte*. See 11 U.S.C. § 105(a).

The debtor James Denison filed his chapter 7 petition pro se on May 3, 2010. Part of that filing is a section titled Signature of Non-Attorney Petition Preparer. This section is signed under penalty of perjury by Laurie Crilly, social security number xxx-xx-5025, P.O. Box 1401, American Fork, Utah 84003. (Docket 1). The debtor also filed a Disclosure of Compensation of Bankruptcy Petition Preparer in which Laurie Crilly stated under penalty of perjury that the debtor had agreed to pay her $149.00, but that no money had been paid to date. This document also lists a social security number of xxx-xx-5025. (Docket 6).

On May 25, 2010, the court issued a show cause order on the debtor and Laurie Crilly to appear on July 1, 2010 to address the fact that the fee charged by Ms. Crilly exceeded the presumptive maximum fee chargeable by a bankruptcy petition preparer in this district under General Order No. 5-3. (Docket 15). Neither one appeared and the court dismissed the case the same day for failure to appear in response to a court order.

On July 6, 2010, Laurie Crilly filed an Amended Disclosure of Compensation of Bankruptcy Petition Preparer in which she stated under penalty of perjury that the debtor had

agreed to pay her $125.00, but no money had been paid to date.  This document lists a social security number of xxx-x**y**-**5125**, the five characters cited here in bold being different than those in the first disclosure.  (Docket 27).  Ms. Crilly also stated in the amendment that her address is 1435 Reynolds Hollow, Greeneville, TN 37745.

      IT IS, THEREFORE, ORDERED that Laurie Crilly is to appear in Courtroom #2A, Howard Metzenbaum Courthouse, 201 Superior Avenue, Cleveland, OH 44114, on **July 29, 2010 at 8:30 a.m.** to explain why she filed documents listing two different social security numbers.  At that time, the court will consider whether she should be held in contempt for failure to obey a lawful court order and/or be barred from participating as a bankruptcy petition preparer in the Northern District of Ohio and/or be referred to the United States Attorney for such action as he deems appropriate.

                                                          _____
                                                            Pat E. Morgenstern-Clarren
                                                            United States Bankruptcy Judge

To be served by the clerk's office by regular U.S. mail on:
      Ms. Laura Crilly, 1435 Reynolds Hollow, Greenville, TN 37745

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: vdomb             Page 1 of 1             Date Rcvd: Jul 07, 2010
Case: 10-14149                Form ID: pdf755         Total Noticed: 3
```

The following entities were noticed by first class mail on Jul 09, 2010.
```
db          +James Joseph Denison,   7434 Primrose Drive,   Mentor, OH 44060-3120
petitpre    +Laurie Crilly,   PO Box 1401,   American Fork, UT 84003-6401
            +Ms. Laurie Crilly,   1435 Reynolds Hollow,   Greenville, TN 37745-8367
```

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2010                    Signature:    *Joseph Speetjens*